UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY GIBSON<br><br>Plaintiff,<br><br>v.<br><br>K R J S CORPORATION d/b/a<br>KAVI GUPTA GALLERY,<br><br>Defendant. | Case No. 1:23-cv-00557-LEK-CFH<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the declaration of Amelia Brankov, dated July 14, 2023, including exhibits; the affidavit of Jeffrey Gibson, dated July 13, 2023, including exhibits; and the accompanying memorandum of law; plaintiff Jeffrey Gibson shall move this Court before the Honorable Lawrence E. Kahn, United States District Judge, at a date and time to be set by the Court, pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2, for entry of default judgment in his favor and against defendant K R J S Corporation d/b/a Kavi Gupta Gallery in the form of the proposed default judgment submitted with Jeffrey Gibson's motion.

Dated: New York, NY
       July 14, 2023

                                        BRANKOV PLLC
                                         /s/ Amelia K. Brankov

                                        Amelia K. Brankov
                                        1185 Avenue of the Americas, 3rd Fl.
                                        New York, New York 10036
                                        Tel.: (212) 404-1210
                                        abrankov@brankovlaw.com

                                        *Attorney for Plaintiff Jeffrey Gibson*