UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY GIBSON <br><br> Plaintiff, <br><br> v. <br><br> K R J S CORPORATION d/b/a KAVI GUPTA GALLERY, <br><br> Defendant. | Case No. 1:23-cv-00557-LEK-CFH <br><br> **[PROPOSED] DEFAULT JUDGMENT** |

The complaint of plaintiff Jeffrey Gibson, dated May 8, 2023 having been duly served on defendant K R J S Corporation d/b/a Kavi Gupta Gallery, and the time for defendant to appear, answer, or raise any objection to the complaint having expired, and defendant not having appeared or raised an objection to the complaint,

NOW, pursuant to Rule 55 of the Federal Rules of Civil Procedure and upon Jeffrey Gibson's complaint, dated May 8, 2023; his motion for entry of default judgment, and all other prior proceedings in this action, it is hereby

ORDERED, ADJUDGED, and DECREED that Jeffrey Gibson, with an address at 621 Route 23B, Hudson, New York 12534, has judgment against and recover from K R J S Corporation d/b/a Kavi Gupta Gallery, with an address at 835 West Washington Blvd. Suite 2W, Chicago, Illinois 60607 in the amount of $542,852.30; plus prejudgment interest at the rate of 9% per annum ($133.60 per diem), from February 21, 2023, in the amount of $_____; plus reasonable attorneys' fees in the amount of $37,625; plus costs and disbursements in the amount of $577, amounting in all to $_____.

Dated: July____, 2023

_____
                                                                  , U.S.D.J.